IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ex rel.     )
JOHN WALKER #B56658,                 )
                                     )
            Petitioner,              )
                                     )
     v.                              )   No. 07 C 4195
                                     )
NEDRA CHANDLER, Warden,              )
                                     )
            Respondent.              )

MEMORANDUM ORDER

John Walker ("Walker") has filed a self-prepared 42 U.S.C. §2254 ("Section 2254") Petition for Writ of Habeas Corpus ("Petition") to challenge the sentence imposed on him following his 1994 conviction on a charge of residential burglary. This memorandum order is issued sua sponte pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts ("Section 2254 Rules").

Paragraph (5) of the Facts portion of the Petition reflects that on January 24, 2006 he (or, more accurately, his Assistant Appellate Defender Vanessa Caleb Herman) filed a petition asking that the Illinois Supreme Court grant leave to appeal the dismissal of his post-conviction Petition for Relief from Judgment, while Paragraph (6) states that the Illinois Supreme Court has not yet responded to that filing. But attorney Herman has confirmed this Court's understanding that such an extended timetable is not unusual for the Supreme Court, so that Walker cannot be said to have satisfied the condition precedent

established by Section 2254(b)(1)(A) that prohibits the granting of federal habeas relief unless "the applicant has exhausted the remedies available in the courts of the State."

Accordingly both the Petition and this action are dismissed pursuant to Section 2254 Rule 4. This dismissal, however, is without prejudice to Walker's submission of a filing on or before January 24, 2008 reflecting any disposition by the Illinois Supreme Court of his petition for leave to appeal.[1]

                                          _____
                                          Milton I. Shadur
                                          Senior United States District Judge

Date: July 30, 2007

---

[1] This last provision in the text obviates the need for Walker to prepare a new set of documents to advance his claim for federal habeas relief if he can properly do so within the stated time frame. In that respect it should be added that this Court has made no effort to explore the merits of Walker's claim, although Section 2254(b)(2) would permit such treatment.

2